# Court of Appeals
# of the State of Georgia

ATLANTA,  October 15, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0305. MACLEAN PFISTER v. RAYMOND BARTON.**

In this personal injury action, the superior court entered final judgment in favor of the plaintiff, MacLean Pfister, in the amount of $500, and Pfister filed this direct appeal. We lack jurisdiction.

Appeals of all actions for damages in which the judgment is $10,000.00 or less must be by application for discretionary appeal. See OCGA § 5-6-35 (a) (6); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). Because Pfister did not follow the proper procedure for obtaining appellate review in this case, we lack jurisdiction, and this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/15/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk. *Stephen E. Castlen*